*FLN (Rev. 4/2004) Deficiency Order*　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Page 1 of 1*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

　　vs　　　　　　　　　　　　　　　　　Case No. 3:00cr48/LAC

JERROLD GUNN

---

## ORDER

Your document, **Petition to Quash Subpoena and Brief in Support of Petition to Quash Subpoena**, was referred to the undersigned with the following deficiencies:

　　The attorney who signed the document is not admitted to practice in the NORTHERN DISTRICT OF FLORIDA [See N.D. Fla. Loc. R. 11.1(C)].

For these reasons, IT IS ORDERED that:

　　The submitted hard copy of the document shall be returned by the Clerk without electronic filing.

DONE and ORDERED this 10th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　*s/L.A. Collier*
　　　　　　　　　　　　　　　　　　　　LACEY A. COLLIER
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE