IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                       Case No.     3:00cr48/LAC
                                                       3:09cv129/LAC/CJK

JERROLD L. GUNN,
      Defendant.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 13, 2011. (Doc. 1812). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 1718) is DENIED.

3.      The Court in its review of the record finds no substantial showing of the denial of a constitutional right.  *See* § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84, 120 S. Ct. 1595, 1603–04, 146 L. Ed. 2d 542 (2000) (explaining how to satisfy this showing) (citation omitted).  Therefore, a certificate of appealability is **DENIED**.

DONE AND ORDERED this 26th day of August, 2011.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**